# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**TERRY TALLEY**                                                             **CIVIL ACTION**

**VERSUS**                                                                         **NO. 15-484-SDD-RLB**

**CAROLYN COLVIN,**
**COMMISSIONER OF**
**THE SOCIAL SECURITY**
**ADMINISTRATION**

## NOTICE

Please take note that the attached Magistrate Judge's Report and Recommendation has been filed with the Clerk of the U.S. District Court for the Middle District of Louisiana.

Under 28 U.S.C. § 636(b)(1), you have **14 days** from receipt of this Notice to file written objections to the proposed findings of fact and conclusions of law in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on March 31, 2016.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TERRY TALLEY**                                                                 **CIVIL ACTION**

**VERSUS**                                                                            **NO. 15-484-SDD-RLB**

**CAROLYN COLVIN,**
**COMMISSIONER OF**
**THE SOCIAL SECURITY**
**ADMINISTRATION**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

After considering the unopposed Motion to Remand (R. Doc. 11) filed by Defendant, Commissioner Carolyn Colvin (Commissioner), the Court **RECOMMENDS** that the Commissioner's Motion be **GRANTED**.

The Court further **RECOMMENDS** that the Commissioner's January 31, 2014 final administrative decision be **REVERSED** and **REMANDED** to the Commissioner, pursuant to sentence 4 of 42 U.S.C. § 405(g).  Upon remand, and as specifically requested by the Commissioner (R. Doc. 11-1), further administrative proceedings shall be conducted, as follows:

(1)   The Administrative Law Judge (ALJ) will give further consideration to Plaintiff's residual functional capacity (RFC) and provide appropriate rationale with specific references to the evidence of record in support of the assessed limitations;

(2)   The ALJ will evaluate the medical opinions of record in accordance with 20 C.F.R. § 404.1527 and Social Security Rulings 96-2p, 96-5p and 96-6p, and explain the weight given to such opinion evidence. As part of this analysis, the ALJ will evaluate and assign weight to a June 2013 medical

source statement from Plaintiff's treating physician, Dr. Gregory Ward (Exhibit No. 16F, Tr. 671-74); and, if necessary,

(3)     The ALJ will obtain supplemental evidence from a vocational expert.

(R. Doc. 11-1 at 1-2).

Finally, the Court **RECOMMENDS** that Plaintiff's action be **DISMISSED**, reserving Plaintiff's right to the subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act. 42 U.S.C. § 2412(d)(1)(B).

Signed in Baton Rouge, Louisiana, on March 31, 2016.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**