## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

TERRY TALLEY

CIVIL ACTION

VERSUS

15-484-SDD-RLB

CAROLYN COLVIN,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

### RULING AND
### ORDER OF REMAND

The Court, after carefully considering the *Complaint*,[1] the record, the law

applicable to this action, and the *Report and Recommendation*[2] of United States

Magistrate Judge Richard L. Bourgeois, Jr. dated March 31, 2016, to which no objection

has been filed, hereby approves the *Report and Recommendation* of the Magistrate

Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the

Commissioner's Motion is granted and the Commissioner's January 31, 2014 final

administrative decision is REVERSED and REMANDED to the Commissioner, pursuant

to sentence 4 of 42 U.S.C. § 405(g). Upon remand, and as specifically requested by the

Commissioner,[3] further administrative proceedings shall be conducted, as follows:

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 12.
[3] Rec. Doc. 11-1.

(1) The Administrative Law Judge (ALJ) will give further consideration to Plaintiff's residual functional capacity (RFC) and provide appropriate rationale with specific references to the evidence of record in support of the assessed limitations;

(2) The ALJ will evaluate the medical opinions of record in accordance with 20 C.F.R. § 404.1527 and Social Security Rulings 96-2p, 96-5p and 96-6p, and explain the weight given to such opinion evidence. As part of this analysis, the ALJ will evaluate and assign weight to a June 2013 medical source statement from Plaintiff's treating physician, Dr. Gregory Ward (Exhibit No. 16F, Tr. 671-74); and, if necessary,

(3) The ALJ will obtain supplemental evidence from a vocational expert.

(R. Doc. 11-1 at 1-2).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that that Plaintiff's action is DISMISSED; reserving Plaintiff's right to the subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act. 42 U.S.C. § 2412(d)(1)(B).

Baton Rouge, Louisiana the 2 day of May 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA